United States Courts
Southern District of Texas
FILED

FEB 04 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OCCIDENTAL PETROLEUM CORP. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WELLS FARGO BANK, N.A. § <br> § <br> Defendant, § <br> Third-Party Plaintiff, § <br> v. § <br> § <br> EQUINITI TRUST COMPANY § <br> § <br> Third-Party Defendant | Case No.: 4:21-CV-01126 |

### DECLARATION OF DAVID BECKER

1. My name is David Becker. I am over twenty-one (21) years of age, am of sound mind, and am otherwise capable of making this Declaration.

2. I am the General Counsel of Equiniti Trust Company ("Equiniti") and admitted to practice law in the State of New York. I have personal knowledge of the statements contained in this declaration. I make each one of these statements of my own personal knowledge, based on my personal involvement in this dispute, under penalty of perjury, knowing each one is true and correct to the best of my knowledge.

3. Equiniti is a company organized under the laws of the state of New York, with its principal place of business at 275 Madison Avenue, 34th Floor, New York, NY 10016.

4. Attached as Exhibit 1 is a true and correct screenshot of the relevant portion of Equiniti's Form TA-1/A, Registration of Transfer Agent, which transfer agents such as Equiniti must file with the U.S. Securities and Exchange Commission. Exhibit 1 lists Equiniti's state of

1

incorporation as New York and lists its principal place of business as 275 Madison Avenue, 34th Floor, New York, NY 10016. The full Form TA-1/A can be found at https://www.sec.gov/Archives/edgar/data/1724868/000089710121000031/xslFTA1X01/primary_doc.xml.

5. Equiniti also has offices in Minnesota and Wisconsin.

6. Equiniti does not have an office in Texas.

7. On or about May 7, 2020, I received a letter from Mark Buechner, which purported to describe the timing of certain Wells Fargo Bank securities trades for the Anadarko Petroleum Company Benefits Trust (the "Trust"). Mr. Buechner represented to me that he was a Senior Company Counsel at Wells Fargo. A true and correct copy of the letter is attached as Exhibit 2 hereto.

8. In the letter, Mr. Buechner wrote that Wells Fargo Senior Investment Manager Nikki Tanner's "office is in Atlanta, Georgia." *See* Exhibit 2 at 2.

9. Mr. Buechner's letter also states that Ms. Tanner "contacted co-workers in Winston-Salem" North Carolina, who "located" a letter sent by Equiniti.

10. A true and correct copy of an attempted January 7, 2020 request from Wells Fargo to Equiniti to process a sale of 29,340 shares in the Trust is attached hereto as Exhibit 3. The request lists Wells Fargo addresses in North Carolina and Georgia, and an Equiniti address in Minnesota.

11. A true and correct copy of an attempted second request from Wells Fargo to Equiniti to process a sale of 29,340 shares in the Trust is attached hereto as Exhibit 4. The request listed Equiniti's Minnesota office.

2

12. A true and correct copy of a screenshot of the check sent by Equiniti to Wells Fargo on January 13, 2020 for the first sale of 29,340 shares in the amount of $1,310,256.59 is attached hereto as Exhibit 5. The check lists a Wells Fargo address in Winston-Salem, North Carolina, as requested by Wells Fargo.

13. A true and correct copy of a screenshot of the check sent by Equiniti to Wells Fargo on January 14, 2020 for the second sale of 29,340 shares in the amount of $1,346,955.06 is attached hereto as Exhibit 6. The check lists a Wells Fargo address in Winston-Salem, North Carolina, as requested by Wells Fargo.

14. Wells Fargo's Ms. Tanner thereafter submitted three requests to sell 381,420 shares each, totaling 1,144,260 shares. This exceeded the number of shares remaining in the account. It also was unclear from the request whether Wells Fargo sought to sell 381,420 shares or 381.420 shares (it was possible to sell fractional shares). A true and correct copy of these requests is attached as Exhibit 7 hereto.

15. On January 16, 2020, Equiniti sent a letter to Wells Fargo's Winston-Salem address asking Wells to "clarify the total number of shares you would like to sell." A true and correct copy of this letter is attached as Exhibit 8 hereto. The letter contains a Minnesota return address for Equiniti.

16. From February 14, 2020 until March 17, 2020, Equiniti had a series of phone calls with Wells Fargo about the Occidental stock in the Trust. The Equiniti employees on the calls were located in Minnesota and Wisconsin.

17. Attached hereto as Exhibit 9 is a true and correct copy of a March 1, 2020 FedEx proof of delivery of a subsequent Equiniti communication to Wells Fargo about the shares in the

3

Trust. Exhibit 9 lists a Wells Fargo address in Winston-Salem North Carolina as the recipient, and an Equiniti address in Minnesota as the shipper.[1]

18. In late 2021, Equiniti Group plc was acquired by Earth Private Holdings, which is also not a Texas entity and has no offices in Texas.

19. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: February 4, 2022

David Becker, Declarant

---

[1] Shareowner Services, listed as the Shipper, is the name of the transfer agent business that Equiniti acquired from Wells Fargo in 2018.

4